THE STATE, on the Relation of Congressional Township, &c.,
v. ANDERSON and Others.

In a suit by the state on a school-commissioner's bond, the writ must show
the relator's name either on its face or by an indorsement.
There is no corporation named "Congressional township numbered 11
north, of range numbered 7 west."

*Thursday,*     ERROR to the *Clay* Circuit Court.
*July 18.*      BLACKFORD, J.—This was a suit on a bond given to the
state, conditioned for the discharge of the duties of a school-
commissioner.   The writ is indorsed as follows: "This ac-
tion is brought for the use of congressional township num-
bered 11 north, of range numbered 7 west."   The declaration
commences in these words: "The state of *Indiana*, for the
use of congressional township numbered 11 north, of range
numbered 7 west, plaintiff, complains," &c.   The suit was
dismissed on the defendants' motion.

The cause of dismissal was, that the proper name of the
relator was not indorsed on the writ.   No doubt, the writ
in these cases must show the name of the relator either on
its face or by an indorsement.   The indorsement here, on
which alone the plaintiff relied to prove that the writ showed
the name of the relator, is not sufficient.   There is no corpo-
ration named "Congressional township numbered 11 north,
of range numbered 7 west."   The corporate name of the
township is "The inhabitants of congressional township
No. 11 north, in the county of," &c.   R. S. 1838, p. 509.—
Stat. 1841, p. 64.

The declaration is also substantially defective, as the same

mistake occurs there that appears in the indorsement on the writ.

The suit was correctly dismissed.

*Per Curiam.*—The judgment is affirmed.

*J. M. Hanna*, for the plaintiff.

*J. Cowgill*, for the defendants.

